BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JOSHUA J. LEE (Cal. Bar No. 318332)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3183
     Facsimile: (213) 894-0142
     E-mail:    Joshua.Lee2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-03506-DUTY |
|---|---|
| Plaintiff, | <u>MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE AGAINST DEFENDANTS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)</u> |
| v. | |
| ASHLEY RODRIGUEZ, and JOCELINE RODRIGUEZ, | |
| Defendants. | |

The United States Attorney for the Central District of California hereby requests leave of the Court to dismiss the complaint against defendants Ashley Rodriguez and Joceline Rodriguez without prejudice.

The government's request for dismissal is made in good faith and in the interest of justice. The law "generally require[s] a district court to defer to the government's decision to seek a dismissal of a criminal charge" under Rule 48(a) motions when they

1

are not opposed by the defense. <u>United States v. Gonzalez</u>, 58 F.3d 459, 462 (9th Cir. 1995).

Accordingly, the government requests that the Court grant this motion to dismiss the complaint without prejudice against defendants Ashley Rodriguez and Joceline Rodriguez pursuant to Federal Rule of Criminal Procedure 48(a).

Dated: June 23, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
JOSHUA J. LEE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA