```
BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
ALIX R. SANDMAN (Cal. Bar No. 313430)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6772
     Facsimile: (213) 894-0142
     E-mail:    alix.sandman@usdoj.gov

Attorneys for Respondent
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00514-SRM |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| ASHLEY RODRIGUEZ et al., | |
| Defendant. | |

Plaintiff United States of America hereby advises the Court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

|  | **Name** | **E-mail Address** |
|---|---|---|
| Previously Assigned AUSA | Joshua Lee | joshua.lee2@usdoj.gov |
| Assigned AUSA | Alix R. Sandman | alix.sandman@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly

assigned AUSA is associated with this case as attorney of record for the United States and that she receives all e-mails relating to the filings in this case.

Dated: July 1, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

   */s/ Alix R. Sandman*
ALIX R. SANDMAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA