FILED
CLERK, U.S. DISTRICT COURT
6/23/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MR___ DEPUTY

BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JOSHUA J. LEE (Cal. Bar No. 318332)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3183
     Facsimile: (213) 894-0142
     E-mail:   Joshua.Lee2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-03506-DUTY |
|---|---|
| Plaintiff, | ▆▆▆▆▆▆▆ ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE AGAINST DEFENDANTS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| ASHLEY RODRIGUEZ, and JOCELINE RODRIGUEZ, | |
| Defendants. | |

The Court has read and considered the government's motion to dismiss the complaint without prejudice against defendants Ashley Rodriguez and Joceline Rodriguez. The Court finds that there is good cause to dismiss the complaint in the interests of justice.

///

///

///

1 | Accordingly, IT IS HEREBY ORDERED that the complaint is
2 | dismissed without prejudice against defendants Ashley Rodriguez and
3 | Joceline Rodriguez in the interests of justice.
4 | IT IS SO ORDERED.

June 23, 2025
DATE                          HONORABLE PEDRO V. CASTILLO
                              UNITED STATES MAGISTRATE JUDGE

Presented by:

         /s/
JOSHUA J. LEE
Assistant United States Attorney