1  Katherine Corrigan, CA. SBN 132226
   CORRIGAN WELBOURN & STOKKE,
   A PROFESSIONAL LAW CORPORATION
2  4100 Newport Place, Suite 550
   Newport Beach, CA 92660
3  Telephone: 949-251-0330
   Facsimile: 949-251-1181
4  E-Mail: kate@cwsdefense.com

5  Attorneys for Defendant JOCELINE RODRIGUEZ

**DENIED BY ORDER OF**
**Jean P. Rosenbluth**
UNITED STATES MAGISTRATE JUDGE
ON: _____7/1/2025_____

1) Defendant is referred to variously in the proposed order by male and female pronouns, and the Court is uncertain which is correct.
2) Negotiation of a plea bargain is not one of the factors supporting exclusion" of time under the Speedy Trial Act. United States v. Perez-Reveles, 715 F.2d 1348, 1352 (9th Cir. 1983).

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOCELINE RODRIGUEZ,<br><br>Defendant. | 2:25-mj-03506-DUTY<br><br>[PROPOSED] ORDER REGARDING REQUEST FOR CONTINUANCE OF POST-INDICTMENT ARRAIGNMENT<br><br>Current date: July 7, 2025 at 11:30 a.m.<br>Proposed date: July 15, 2025 at 11:30 a.m. |
|---|---|

The Court, having considered the stipulation between Plaintiff, the United States of America, by and through its counsel, Assistant United States Attorney Joshua Lee, and defendant, by and through his counsel of record, Katherine Corrigan,

THE COURT HEREBY FINDS THAT:

1. A criminal complaint was filed on June 8, 2025, charging the defendant with assault on a federal officer, in violation of Title 18, United States Code, Section 111. Defendant first appeared before a judicial officer on June 9, 2025 and was released on bond.

2. On June 8, 2025, the Court set the preliminary hearing on June 30, 2025 at 11:30 a.m., and Post Indictment Arraignment of rh July 7, 2025 at 11:30 a.m.

2. Defendant waived her right to a preliminary hearing on June 12, 2025.

3. Defendant's post-indictment arraignment is currently scheduled for July 7, 2025 at 11:30 a.m..

THE COURT FURTHER FINDS:

1. Defendant requests additional time prior to post-indictment arraignment to review pre-indictment discovery, review the currently proposed plea agreement, and to confer with his counsel regarding the investigation of this matter.

2. The failure to grant the above-requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The government does not oppose the requested continuance.

3. Defense counsel has conferred with defendant regarding the continuance of the arraignment requested herein and advised him of her rights under the Speedy Trial Act. Defendant concurs in the requested continuance and waives his rights under the Speedy Trial Act with respect to this stipulation.

4. That the ends of justice served by excluding the time period from July 7, 2025 to July 15, 2025, outweigh the interest of the public and the defendant in the filing of an indictment within the time prescribed by the Speedy Trial Act.

IT IS THEREFORE ORDERED:

1. The post-indictment arraignment date is set for July 15, 2025 at 11:30 a.m.

2. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed, the time period of July 7, 2025 to July 15, 2025, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) because it constitutes a period of delay resulting from a continuance granted by the Court at the request of the defense on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in the speedy filing of an indictment.

///
///

3. Nothing in this order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable.

Dated:

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, Katherine Corrigan, declare:

That I am a citizen of the United States and resident or employed in Orange County, California; that my business address is Corrigan Welbourn & Stokke, A Professional Law Corporation, 4100 Newport Place, Suite 550, Newport Beach, California 92660; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am an attorney and am a member of the bar of the State of California and am a member of the bar of the United States District Court for the Central District of California, and that on TODAY'S DATE, I caused to be emailed or faxed a true and correct copy of:

STIPULATION REGARDING REQUEST FOR CONTINUANCE OF POST-INDICTMENT ARRAIGNMENT

**ADDRESSED TO**:

AUSA Johua Lee           via email Joshua Lee@usdoj.gov
United States Attorney's Office

I certify under penalty of perjury that the foregoing is true and correct.

DATED:  June 18, 2025                    _/s/_____
                                          Katherine Corrigan