UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

| | |
|---|---|
| Case No.  2:25-cr-00514-SRM | Date: 07/15/2025 |

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

Interpreter N/A     Language N/A

| Isabel Verduzco | CS 07/15/2025 | Robert Quealy |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✓ Present  Released on Bond         Attorneys for Defendants:  ✓ Present  CJA

Joceline Rodriguez                                           Katherine T. Corrigan

**Proceedings:** Arraignment of Defendant and/or   ✓ Assignment of Case   Appointment of Counsel
Initial Appearance

* Defendant states true name is the name on the Information Class A.
* Defendant is arraigned under name on the Information Class A.
* Defendant acknowledges having read the Information Class A and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Information Class A.
* This case is assigned to Judge Serena R. Murillo.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 08/19/2025 8:30 AM;
Pre-Trial Conference: 07/31/2025 11:00 AM
* The parties are referred to Judge Murillo's Procedures and Schedules page located on the Court's website at www.cacd.uscourts.gov. Judge Murillo is located in 5D, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA        PSAED        PSASA          Initial Appearance/Appointment of Counsel: 00 : 00
     USMLA        USMED        USMSA          Arraignment: 00 : 05
     Statistics Clerk           Interpreter
  ✓ CJA Supervising Attorney   Fiscal          Initials of Deputy Clerk: IV by TRB