# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-cr-00514-SRM                                       Date: 07/15/2025

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

Interpreter N/A                                    Language N/A

| Isabel Verduzco | CS 07/15/2025 | Robert Quealy |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✓ Present  Released on Bond        Attorneys for Defendants:  ✓ Present  CJA

Ashley Rodriguez                                      Kenneth A Reed

**Proceedings: Arraignment of**    ✓ **Assignment of Case**        **Appointment of Counsel**
**Defendant and/or**
                                   **Initial Appearance**

* Defendant states true name is the name on the Information Class A.

* Defendant is arraigned under name on the Information Class A.

* Defendant acknowledges having read the Information Class A and discussed it with counsel.

* Defendant pleads "not guilty" to all counts of the Information Class A.

* This case is assigned to Judge Serena R. Murillo.

* It is ordered that the following date(s) and time(s) are set: Jury Trial: 08/19/2025 8:30 AM;
Pre-Trial Conference: 07/31/2025 11:00 AM

* The parties are referred to Judge Murillo's Procedures and Schedules page located on the Court's website at www.cacd.uscourts.gov. Judge Murillo is located in 5D, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA       PSAED       PSASA
     USMLA       USMED       USMSA          **Initial Appearance/Appointment of Counsel:** 00  : 00
     Statistics Clerk        Interpreter                        **Arraignment:** 00  : 05
     ✓ CJA Supervising Attorney    Fiscal        **Initials of Deputy Clerk:** IV by TRB