Katherine Corrigan, CA. SBN 132226
CORRIGAN WELBOURN & STOKKE
A PROFESSIONAL LAW CORPORATION
4100 Newport Place, Suite 550
Newport Beach, CA 92660
Telephone: 949-251-0330
Facsimile: 949-251-1181
E-Mail: kate@cwsdefense.com
Attorney for Defendant
JOCELINE RODRIGUEZ

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:25-CR-00514-SRM |
| Plaintiff, | STIPULATION RE MODIFICATION OF PRETRIAL RELEASE CONDITIONS; DECLARATION OF KATHERINE CORRIGAN |
| vs. | |
| JOCELINE RODRIGUEZ, Defendant | |

**IT IS HEREBY STIPULATED BY THE PARTIES:**

Alix Sandman, in her capacity as Assistant United States Attorney, and Katherine Corrigan, in her capacity as counsel of record for the above-named Defendant; upon the taking of no position by United States Probation and Pretrial Services ("PSA"), hereby stipulate that:

The Defendant's pretrial release conditions be modified as follows:

1. The condition that the Defendant participate in the Location Monitoring Program and be subject to a curfew be deleted.

///

///

-1-

2.  All other conditions of pretrial release are to remain in place.


DATED: 7/24/2025                  _____/s/_____
                                  AUSA Alix Sandman
                                  United States Attorney's Office
                                  [Signature Authorized by AUSA Alix Sandman via e-
                                  mail]


DATED:  7/24/2025                 _____/s/_____
                                  Katherine Corrigan,
                                  Attorney for Defendant

-2-

## **DECLARATION OF KATHERINE CORRIGAN**

I, KATHERINE CORRIGAN, declare as follows:

1.     I am an attorney at law, duly licensed to practice law in the State of California and in the United States District Court for the Central District of California, and I am counsel for Defendant in this action.

2.     On June 9, 2025, the Defendant made her initial appearance before the Court, and she was released on bond.  The bond conditions are found under the prior case number, which is 2:25-mj-03506-DUTY.  She has surrendered her passport and has suffered no violations of her pretrial release conditions.

3.     At the time of the initial appearance, the Government had filed the case as a felony.  The Case is currently filed as a misdemeanor under the current case number.  To my knowledge, the Defendant has no criminal history.

4.     The Defendant attends college and she works.  Her class schedule fluctuates and she is concerned that the current curfew of 11:00 p.m.

5.     I have communicated with Pretrial services officer Casas-Mora and he has advised: "After reviewing the case, unfortunately, at this time, Pretrial Services cannot provide a position due to the limited amount of time that the defendant has been under supervision (approximately 42 days) and will defer to the court's decision.  Pretrial Services will gladly evaluate a possible reduction or removal of LM one a good amount of time has been established under supervision.  In

addition, the defendant has been in compliance with her conditions of release. Ther have been no issues of noncompliance.  Thank you!" (email received on July 22, 2025 in response to inquiry by me, as counsel for Defendant.)

6.  I have communicated with AUSA Alix Sandman and she has no objection to this requested modification.

7.  Further, Ms. Sandman has authorized me to sign this stipulation on her behalf.

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

DATED:  July 24, 2025

_____/s/_____
Katherine Corrigan

## **CERTIFICATE OF SERVICE**

I, Katherine Corrigan, declare:

That I am a citizen of the United States and resident or employed in Orange County, California; that my business address is Corrigan Welbourn & Stokke, A Professional Law Corporation, 4100 Newport Place, Suite 550, Newport Beach, California 92660; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am an attorney and am a member of the bar of the State of California and am a member of the bar of the United States District Court for the Central District of California, and that on TODAY'S DATE, I caused to be e-mailed or faxed a true and correct copy of:

STIPULATION RE MODIFICATION OF PRETRIAL RELEASE CONDITIONS; DECLARATION OF KATHERINE CORRIGAN

**ADDRESSED TO**:

Daniel Casas-Mora     Via e-mail Daniel_CasasMora@cacp.uscourts.gov
United States Probation and Pretrial Services

AUSA Alix Sandman          Via email:  Alix.Sandman@usdoj.gov
United States Attorney's Office

I certify under penalty of perjury that the foregoing is true and correct.

DATED:  July 24, 2025                _/s/_____
                                        Katherine Corrigan

-5-