**DENIED**
BY ORDER OF
AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE
ON: August 11, 2025

Katherine Corrigan, CA. SBN 132226
CORRIGAN WELBOURN & STOKKE
A PROFESSIONAL LAW CORPORATION
4100 Newport Place, Suite 550
Newport Beach, CA 92660
Telephone: 949-251-0330
Facsimile: 949-251-1181
E-Mail: kate@cwsdefense.com

Attorney for Defendant
JOCELINE RODRIGUEZ

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOCELINE RODRIGUEZ,<br>　　　　Defendant | Case No.: 2:25-CR-00514-SRM<br><br>[PROPOSED] ORDER MODIFYING PRETRIAL RELEASE CONDITIONS |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:**

The Defendant's pretrial release conditions be modified as follows:

1. The condition that the Defendant participate in the Location Monitoring Program and be subject to a curfew is deleted.

2. All other conditions of pretrial release are to remain in place.

DATED: _____  **DENIED** _____
HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE

cc: USPPS

-1-

# CERTIFICATE OF SERVICE

I, Katherine Corrigan, declare:

That I am a citizen of the United States and resident or employed in Orange County, California; that my business address is Corrigan Welbourn & Stokke, A Professional Law Corporation, 4100 Newport Place, Suite 550, Newport Beach, California 92660; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am an attorney and am a member of the bar of the State of California and am a member of the bar of the United States District Court for the Central District of California, and that on TODAY'S DATE, I caused to be e-mailed or faxed a true and correct copy of:

[PROPOSED] ORDER MODIFYING PRETRIAL RELEASE CONDITIONS
**ADDRESSED TO**:

Daniel Casas-Mora     Via e-mail Daniel_CasasMora@cacp.uscourts.gov
United States Probation and Pretrial Services


AUSA Alix Sandman        Via email:  Alix.Sandman@usdoj.gov
United States Attorney's Office



I certify under penalty of perjury that the foregoing is true and correct.

DATED:  July 24, 2025                _/s/_____
                                     Katherine Corrigan